```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

             CASE NO. 08-60498-CIV-ZLOCH
```

RONALD POPE,

    Petitioner,

vs.                                                 **O R D E R**

FLORIDA PAROLE COMMISSION,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 10) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That Petitioners Objection To Report Of Magistrate Judge is hereby overruled;

    2. That the Report And Recommendation (DE 10) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified, and adopted by the Court, and all pending Motions be and the same are hereby **DENIED** as moot; and

    3. Final Judgment will be entered by separate order.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   29th   day of December, 2008.

                                                          _/s/ William J. Z._
                                                       WILLIAM J. ZLOCH
                                                      United States District Judge

Copies furnished:
See Attached Mailing List

RONALD POPE VS. FLORIDA PAROLE COMMISSION,
CASE NO. 08-60498-CIV-ZLOCH

The Honorable Judge Patrick A. White
United States Magistrate Judge

All Counsel of Record

Ronald Pope, pro se
DC # 542045
Hamilton Correctional Institution (Annex)
10650 S.W. 46th Street
Jasper, FL 32052-1360